## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE


NICHOLAS TERRELL McGAHEE    )
                                     )
       **Plaintiff,**              )
                                     )
**v.**                                    )    **No. 1:18-cv-00062**
                                     )      **REEVES/STEGER**
**JOHNSON MENTAL HEALTH**    )
**CENTER, et al.,**                )
                                     )
       **Defendants.**          )


## <u>MEMORANDUM AND JUDGMENT ORDER</u>

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge, Christopher H. Steger [R. 12]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's recommendation that plaintiff's application to proceed *in forma pauperis* [R. 2] be denied. The court further agrees that the complaint fails to state a cause of action for which relief can be granted.

Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling

that plaintiff's application to proceed *in forma pauperis* [R. 1] is **DENIED**. **IT IS FURTHER ORDERED** that the complaint [R. 2] is **DISMISSED, with prejudice,** for failure to state a claim for which relief can be granted.

The Clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**